## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 13-33564M |
| Hector Vasquez-Garcia | Citizenship: MEXICO |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about October 18, 2013, at or near Naco, Arizona, in the District of Arizona, Hector VASQUEZ-Garcia, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on September 6, 2012, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about October 18, 2013, at or near Naco, Arizona, in the District of Arizona, Hector VASQUEZ-Garcia, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

   Hector VASQUEZ-Garcia is a citizen of Mexico. On September 6, 2012, Hector VASQUEZ-Garcia was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On October 18, 2013, agents found Hector VASQUEZ-Garcia in the United States at or near Naco, Arizona. Hector VASQUEZ-Garcia did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Hector VASQUEZ-Garcia, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Hector VASQUEZ-Garcia admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on October 18, 2013, at or near Naco, Arizona.

File Date: 10/21/2013

at Tucson, Arizona

*[signature]*

Jaime Torres, Border patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 10/21/2013

*[signature]*

**Jacqueline M. Rateau**
**United States Magistrate Judge**

FBI Number: 106440RB7

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                        CASE: 13-33564M

vs.

Hector Vasquez-Garcia

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Hector Vasquez-Garcia, was represented by counsel, Arthur Hutton (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 10/21/2013. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 10/18/2013 |

As pronounced on 10/21/2013, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of ONE HUNDRED FIVE (105) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, October 21, 2013.

Jacqueline M. Rateau
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 106440RB7

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

Date: 10/21/2013          Case Number: 13-33564M

USA vs.  **Hector Vasquez-Garcia**

U.S. MAGISTRATE JUDGE: JACQUELINE M. RATEAU     Judge AO Code: 70BN
ASSIGNED U.S. Attorney: Wilbert (Buck) Rocker
INTERPRETER REQ'D: Joyce Garcia, Spanish
Attorney for Defendant: Arthur Hutton (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be     **Same**
[X] Petty Offense    [X] Date of Arrest:    **10/18/2013**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **ONE HUNDRED FIVE (105) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:       Arthur Hutton (CJA) is appointed as attorney of record for defendant.

|  | Recorded by Courtsmart | COP: 1 |
|---|---|---|
|  | BY: Peggie Robb | Sent: 0 |
|  | Deputy Clerk | IA: 0 |
|  | Start: 1:40 Stop: 3:05 | |